IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hawkins, Danisha D

Printed: 4/22/08

Case Number: 07 B 23257
Judge: Wedoff, Eugene R
Filed: 12/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Eastern Savings Bank | Secured | 0.00 | 0.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 7. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 8. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 9. | Eastern Savings Bank | Secured | 69,433.23 | 0.00 |
| 10. | B-Real LLC | Unsecured | 962.40 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 7,586.44 | 0.00 |
| 12. | American Express | Unsecured | 1,480.65 | 0.00 |
| 13. | CB Accounts | Unsecured |  | No Claim Filed |
| 14. | HSBC | Unsecured |  | No Claim Filed |
| 15. | SST | Unsecured |  | No Claim Filed |
| 16. | HSBC | Unsecured |  | No Claim Filed |
| 17. | Tribute/Fbold | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 79,462.72 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hawkins, Danisha D | Case Number:  07 B 23257 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  12/11/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

